**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000477**
**21-MAR-2024**
**07:46 AM**
**Dkt. 35 OAWST**

NO. CAAP-23-0000477

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KOOB FAMILY LIMITED PARTNERSHIP II,
a Hawaii limited liability company,
Plaintiff/Counterclaim Defendant-Appellee, v.
KALANI HONUA, INC., a Hawaii non-profit corporation,
Defendant/Counterclaimant/Cross-Claimant-Appellant, and
ELIZABETH L. KOOB, as Special Administrator of the Estate of
Hilary John Koob, aka Hillary John Koob and H.J. Koob,
and as Special Administrator of the Estate of Loretta Ann Koob,
aka Loretta A. Koob,
Defendants/Cross-Claim Defendants-Appellees, and
KOOB HAWAII ENTERPRISE; RICHARD KOOB,
Counterclaim Defendants-Appellees, and
JOHN DOES 1-10; JANE DOES 1-20; DOE PARTNERSHIPS 1-20;
DOE CORPORATIONS 1-20; DOE ENTITIES 3-10;
DOE GOVERNMENTAL UNITS 1-20;
DOE ADDITIONAL COUNTERCLAIM DEFENDANTS 2-10;
DOE ADDITIONAL CROSS-CLAIM DEFENDANTS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CC191000267)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (Stipulation), filed March 13, 2024, by Defendant/Counterclaimant/Cross-Claimant-Appellant Kalani Honua, Inc., the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, March 21, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge